1  GEOFFREY A. HANSEN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant CIEPIELA
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0851 EMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE SENTENCING |
| v. | ) | HEARING |
| | ) | |
| GEORGE CIEPIELA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for March 21, 2012 be continued to April 25, 2012 at 2:30 pm.

Defendant George Ciepiela pleaded guilty to possession of child pornography on December 14, 2011. At that time, the Court scheduled March 21, 2012 for the sentencing hearing. Unfortunately, defense counsel has had some difficulty scheduling the presentence report interview and the interview is not scheduled until February 7, 2012.

///

///

///

///

*US v. Ciepiela,* CR-11-0851 EMC;
STIP & [PROPOSED] ORD. TO CONTINUE        1

1     Accordingly, to allow sufficient time for the report to be completed, the parties request

2 that the sentencing hearing be continued to April 25, 2012 at 2:30 pm.

3     IT IS SO STIPULATED.

5   January 30, 2012                                       /s/
  DATED                                         OWEN MARTIKAN
6                                                   Assistant United States Attorney

8

9   January 30, 2012                                         /s/
  DATED                                         JODI LINKER
                                                  Assistant Federal Public Defender

11     IT IS SO ORDERED.

13   January 30, 2012
  DATED                                         EDWARD M. CHEN
14                                                   United States District Judge

*Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen*